**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 07-CR-30190-MJR |
| ) | |
| **CHADWICK L. ZBINDEN,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER OF FINDING OF NO THIRD-PARTY INTERESTS

**REAGAN, District Judge:**

On June 19, 2008, this court entered an order for forfeiture against defendant Chadwick R. Zbinden for the following property which had been seized from said defendant:

**One Hewlett Packard HP, pavilion dv6000 note book computer bearing serial number CNF711242M.**

Said order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning November 7, 2008, and ending December 6, 2008, and that no third party filed a petition within 30 days after the last date of said publication to allege an interest in the property.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(7) that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on June 19, 2008, namely:

**One Hewlett Packard HP, pavilion dv6000 note book computer bearing**

1

**serial number CNF711242M.**

The United States Marshal shall dispose of the property according to law.

**IT IS SO ORDERED.**

**DATED this 29th day of January 2009.**

<u>s/ Michael J. Reagan</u>
**MICHAEL J. REAGAN**
**United States District Judge**